PD-0937&0938-15

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUL 23 2015

Abel Acosta, Clerk

Case No. _____

IN THE COURT OF CRIMINAL APPEALS OF TEXAS

EARNEST L. ROSS,
    Petitioner,

V.

THE STATE OF TEXAS,
    Respondent.

Appellate No. 02-14-00210-CR
Tr.Ct. No. F-08-1956-B

Appellate No. 02-14-00211-CR
Tr.Ct. No. F-08-1959-B

MOTION FOR EXTENSION OF TIME
TO FILE A
PETITION FOR DISCRETIONARY REVIEW

Before this Honorable Court comes Earnest L. Ross, pro se, seeking an order granting an Extension of Time to file a PDR in the above referenced action. For good cause, the following is stated;

FILED IN
COURT OF CRIMINAL APPEALS

JUL 24 2015

Abel Acosta, Clerk

On June 11, 2015, the Court of Appeals for the Second District of Texas issued it's Opinion in the above listed cases. The opinion was received by me, the Appellant/Petitioner, from the institutional mail room on or about June 17, 2015.

Pursuant to the Tex. R. App. P., an appellant has 30 days to file a PDR. However, the appellant is a layman at law and requires extra time to research and submit meritorious grounds for reveiw

Wherefor, PREMISES CONSIDERED, petitioner asks that this motion be granted and the time extended to file the aforementioned PDR.

Respectfully submitted,

Earnest L. Ross
TDC # 1728219
Michaels Unit
2664 FM 2054
Tennessee Colony, TX 75886

Signed: _July 16, 2015_____